RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3 27 07
BY pm

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50096-04 |
| VS. | JUDGE HICKS |
| OMAR CARTHREN | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is the Government's Motion for Hearing and Motion to Reduce Sentence pursuant to Rule 35 of the Federal Rules of Civil Procedure. [Doc. No. 146]. The motion is **GRANTED IN PART** and **DENIED IN PART**. The motion for hearing is **DENIED**. The motion to reduce sentence is **GRANTED**.

**IT IS ORDERED** that the sentence imposed is hereby amended to 37 months.

**THUS DONE AND SIGNED** this 27th day of March, 2007.

S. MAURICE HICKS, JR.
**UNITED STATES DISTRICT JUDGE**